UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-80289-RLR

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**RISTORANTE NUMERO DIECI LTD.,
d/b/a LOUIE BOSSI'S RISTORANTE BAR
PIZZERIA, a Florida limited partnership**,

    Defendant.

_____/

## STIPULATION FOR DISMISSAL *WITH PREJUDICE*

Plaintiff NELSON FERNANDEZ ("Plaintiff"), and Defendant RISTORANTE NUMERO DIECI LTD., d/b/a LOUIE BOSSI'S RISTORANTE BAR PIZZERIA ("Defendant"), by and through their respective undersigned attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of this action in its entirety *with prejudice,* with each party to bear its/his own attorney's fees, costs, and expenses.

Dated:  May 30, 2025.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>8751 W. Broward Blvd., Suite 303<br>Plantation, FL 33324<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com<br><br>By  *s/ Roderick V. Hannah*<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>6355 N.W. 36th Street, Suite 307<br>Virginia Gardens FL 33166<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email:duranandassociates@gmail.com<br><br>By  *s/ Pelayo M. Duran*<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

1

**RICHARD F. DELLA FERA, P.A.**
Counsel for Defendant
500 East Broward Blvd., Suite 1710
Fort Lauderdale, FL 33394
T. 954/848-2872
954/848-2870 (Facsimile)
Email: rdf@rdfattorney.com

By: ____/s/ Richard F. Della Fera____
         RICHARD F. DELLA FERA
         Fla. Bar No. 66710