UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-80289-RLR

NELSON FERNANDEZ,

    Plaintiff,

v.

RISTORANTE NUMERO DIECI LTD.,

    Defendant.

_____/

**ORDER CLOSING CASE**

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal with Prejudice at docket entry 16. Because Plaintiff has dismissed with prejudice the claims asserted against Defendant, it is hereby **ORDERED AND ADJUDGED**:

    1.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

    2.    All pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 3rd day of June, 2025.

                                                                        _____
                                                                        ROBIN L. ROSENBERG
Copies furnished to Counsel of Record        UNITED STATES DISTRICT JUDGE